## GUTHRIE v. STATE.
### No. 24879.

Court of Criminal Appeals of Texas.
June 14, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is the unlawful possession of whisky for the purpose of sale in a dry area; the punishment, a fine of $750.

No bills of exception or statement of facts accompany the record. Nothing is presented for the consideration of this court.

The judgment of the trial court is affirmed.

Opinion approved by the court.